**No. 42841.**—Protest 964405–G of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 38680 the marcel irons in question were held dutiable at 40 percent under paragraph 339 as claimed.